IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Luis Cueto, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 5:11-2308-TLW-PJG |
| ) | |
| Orangeburg Department of Public Safety, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# ORDER

Plaintiff Luis Cueto ("Plaintiff") brought this civil action alleging violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101, et seq. and state law defamation. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the Defendant's Motion for Partial Dismissal, (Doc. # 24), and Motion for Summary Judgment, (Doc. # 29), be granted and that this action be dismissed. (Doc. # 36). Objections were due by November 26, 2012. Plaintiff did not file objections to the Report. Indeed, Plaintiff's counsel filed a "Response" that requests that Plaintiff's claims be considered "abandoned." (Doc. # 37).

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge,

this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**.  (Doc. # 36).  The Defendant's Motion for Partial Dismissal, (Doc. # 24), and Motion for Summary Judgment, (Doc. # 29), are therefore **GRANTED**.  This action is dismissed.

**IT IS SO ORDERED**.


November 27, 2012                                                            __s/Terry L. Wooten_____
Florence, South Carolina                                                  United States District Judge